# IN RE ECKROAD.

---

PATENTS; PATENTABILITY.

A decision of the Commissioner of Patents rejecting the claims of an application for a patent for a shock absorber in an automobile wheel, affirmed.

No. 1220.    Patent Appeals.    Submitted March 12, 1919.    Decided March 31, 1919.

HEARING on an appeal from a decision of the Commissioner of Patents rejecting the claims of an application for a patent.
                                              *Affirmed.*

The facts are stated in the opinion.

*Mr. L. P. Loving* and *Mr. L. L. Hamner* for the appellant.

*Mr. Theodore A. Hostetler* for the Commissioner of Patents.

PER CURIAM: Appeal by Carrell J. Eckroad from a decision of the Patent Office rejecting twenty claims relating to a so-called shock absorber in an automobile wheel.

Each of the tribunals of the Patent Office has very carefully considered, and, in our view, fully answered the contentions of the applicant. We therefore affirm the decision without further discussion.                                    *Affirmed.*